Matthew S. Slowinski, Esq.
ID#: 019701986
SLOWINSKI ATKINS LLP
Eisenhower Corporate Campus
290 W. Mt. Pleasant Ave., Suite 2310
Livingston, NJ 07039
Phone: (973) 740-2228
Fax: (973) 740-2284
email: firm@SlowinskiAtkins.com
Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| A.W. o/b/o N.W.,<br><br>Plaintiffs,<br>v.<br><br>Princeton Public Schools Board of Education, *et al.*<br><br>Defendants | Civil Action No. 3:18-cv-13973-MAS-TJB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT VACATING THE DECISIONS OF THE N.J. OFFICE OF ADMINISTRATIVE LAW ISSUED SEPTEMBER 28, 2017, MAY 17, 2018 AND JUNE 20, 2018** |

**THIS MATTER** having been brought before the Court on the motion filed by Matthew S. Slowinski, Esq., of SLOWINSKI ATKINS LLP, attorneys for all plaintiffs, for an order granting plaintiffs' partial summary judgment pursuant to *Fed. R. Civ. P.* 56(a), seeking reversal of three decisions of the New Jersey Office of Administrative Law (N.J.

OAL), issued on September 28, 2017, May 17, 2018 and June 20, 2018, that had (1) granted the motions of defendant, Princeton Public Schools Board of Education ("the District"), for (a) partial summary judgment dismissing plaintiffs' claims arising during the period October 29, 2015 through July 1, 2017 (September 28, 2017), and (b) on order enforcing a settlement agreement (May 17, 2018); and (2) denied plaintiffs' motion for reconsideration of the May 17, 2018 decision (June 20, 2018), respectively; and the Court having considered the papers submitted in support of said motions and any opposition thereto;

    IT IS on this _____day of May 2019;

    ORDERED that plaintiffs' motion for partial summary judgment is hereby granted and the decisions of the N.J. OAL below issued September 28, 2017 (dismissing plaintiffs' claims arising during the period October 29, 2015 through July 1, 2017); May 17, 2018 (granting the District's motion to enforce settlement); and June 20, 2018 (denying plaintiffs' motion for reconsideration), are hereby vacated; and it is further,

    ORDERED that a copy of this Order shall be served on all counsel and parties within\_\_\_ days of the date hereof.

_____

Hon. Michael A. Shipp, U.S.D.J.

[     ] Opposed
[     ] Unopposed