# PARKER McCAY

Parker McCay P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054-5054

P: 856.596.8900
F: 856.596.9631
www.parkermccay.com
**Brett E.J. Gorman, Esquire**
P: 856-985-4051
F: 856-810-5852
bgorman@parkermccay.com

April 30, 2019

The Honorable Michael A. Shipp
United States District Court
Clarkson Fisher Fed Bldg & US Courthouse
402 E. State Street
Trenton, NJ 08608

Re:   **A.W. v. Princeton Public Schools Board of Education, et al.**
      **Docket No.: 18-cv-13973**

Dear Judge Shipp:

Please be advised that this firm is counsel to the Princeton Public Schools Board of education (hereinafter "District") in the above-referenced matter.

I am in receipt of the Motion for Partial Summary Judgement [48] submitted by Plaintiffs. The District respectfully requests that the Court adjourn the motion for one cycle pursuant to L.Civ.R. 7.1(d)(5). The automatic extension permitted under L.Civ.R. 7.1(d)(5) will move the motion day to June 3, 2019, making District's deadline to file opposition papers May 20, 2019.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Brett E.J. Gorman*

BRETT E.J. GORMAN

BEJG/sc
cc:   Micki Crisafulli
      Matthew Slowinski, Esquire